**Set Aside and Remand and Opinion Filed August 24, 2023**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-23-00363-CV**

**DFW A-1 PALLET, INC., Appellant**

**V.**

**GWG WOOD GROUP INC, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-14018**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Reichek, and Miskel
Opinion by Justice Miskel

Stating the parties have settled this case, appellant has filed an unopposed motion to set aside the trial court's judgment, remand the case to the trial court for rendition of judgment, and dismiss the appeal. We grant the motion to the extent that we set aside, without regard to the merits, the trial court's February 21, 2023 default judgment and April 12, 2023 order and remand the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

230363f.p05

/Emily Miskel/
EMILY MISKEL
JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DFW A-1 PALLET, INC., Appellant

No. 05-23-00363-CV      V.

GWG WOOD GROUP INC,
Appellee

On Appeal from the 193rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-14018.
Opinion delivered by Justice Miskel,
Justices Partida-Kipness and Reichek
participating.

In accordance with this Court's opinion of this date, we **SET ASIDE**, without regard to the merits, the trial court's February 21, 2023 default judgment and April 12, 2023 order and **REMAND** the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement.

As agreed by the parties, we **ORDER** each party bear its own costs of the appeal.

Judgment entered this 24th day of August, 2023.